WILLIAM R. BELL, Respondent, *v.* JACOB MANHEIM et al., Appellants.

*Bell* v. *Manheim,* 84 App. Div. 641, affirmed.
(Argued March 31, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 10, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Jacob Manheim* for appellants.

*Alfred R. Bunnell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

EDWARD D. FARRELL, Respondent, *v.* MANHATTAN RAILWAY COMPANY et al., Appellants.

*Farrell* v. *Manhattan Ry. Co.,* 83 App. Div. 393, affirmed.
(Argued March 31, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 25, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Sherrill Babcock, Julien T. Davies* and *Charles A. Gardiner* for appellants.

*Edwin M. Felt* and *Leo C. Dessar* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.